IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| NIKOLE ANN BAIN, a minor child B.A.B., <br><br> Plaintiff, <br><br> v. <br><br> LYNNE BAIN, LARRY BAIN, MANDY PACE, DARIN PACE, JENNIFER WILSON, JUDGE ROBERT NEILL, MELINDA CHECKETTS-HIBBERT, et al, <br><br> Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION <br><br><br> Case No. 2:17-cv-1305-DB-EJF <br><br><br> District Judge Dee Benson <br><br> Chief Magistrate Judge Evelyn Furse |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Evelyn Furse, recommending that this action be dismissed because the Court lacks jurisdiction.

The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it. Neither party has filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation. Accordingly, this action is hereby DISMISSED without prejudice.

IT IS SO ORDERED.

DATED this 23rd day of July, 2018.

_____
Dee Benson
United States District Judge