IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| NIKOLE ANN BAIN, a minor child B.A.B., <br><br> Plaintiff, <br><br> v. <br><br> LYNNE BAIN, LARRY BAIN, MANDY PACE, DARIN PACE, JENNIFER WILSON, JUDGE ROBERT NEILL, MELINDA CHECKETTS-HIBBERT, et al, <br><br> Defendants. | JUDGMENT <br><br><br> Case No. 2:17-cv-1305-DB-EJF <br><br><br> District Judge Dee Benson <br><br> Chief Magistrate Judge Evelyn Furse |

IT IS ORDERED AND ADJUDGED that this action is hereby DISMISSED in its entirety.

IT IS SO ORDERED.

DATED this 26rd day of July, 2018.

_____
Dee Benson
United States District Judge